# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS

IN RE:

PHANEE SIRIAPHIPHATAMORN       CASE NO:  08-72273

    Debtor                                CHAPTER 13

## ORDER DISMISSING CHAPTER 13 CASE

On the date set forth below the Motion for Dismissal of the above-captioned Chapter 13 Bankruptcy case filed voluntarily by the Debtor came before this Court for consideration pursuant to 11 U.S.C. 1307(b).

After a review of this file, the Court finds that this case has not been converted under 11 U.S.C. Section 706, Section 1112 or Section 1208.  The Debtor therefore has an absolute right to Dismiss her Chapter 13 case.

IT IS THERFORE ORDERED THAT:

The Debtor's Motion To Dismiss is hereby granted and the above-referenced case be and the same is hereby dismissed.

_____

HONORABLE BEN T. BARRY
U.S. BANKRUPTCY JUDGE

DATE:    October 5, 2009

EOD  10/5/2009
by L Williams

COPIES TO:

Hon. Charles Tucker
Office of United States Trustee
Bank of America Building
200 West Capitol, Suite 1200
Little Rock  AR  72201

Hon. Joyce Bradley Babin
Standing Chapter 13 Trustee
P O Box 8064
Little Rock  AR  72203-8064  .

Lee Kuykendall
Attorney at Law
P O Box 184
Fort Smith  AR  72902

ALL CREDITORS & INTERESTED PARTIES